

# Fourth Court of Appeals
## San Antonio, Texas

June 3, 2014

No. 04-14-00215-CV

**METHODIST HEALTHCARE SYSTEM OF SAN ANTONIO**, Ltd., L.L.P. d/b/a Methodist
Children's Hospital of South Texas, Robert Gonzalez, and Rodney Sheffield,
Appellants

v.

Emily **BELDEN**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-18164
Honorable David A. Canales, Judge Presiding

## O R D E R

In this accelerated appeal, Appellants' briefs are due to be filed with this court on June 4, 2014. *See* TEX. R. APP. P. 38.6(a). On May 30, 2014, Appellants filed a joint first motion for extension of time to file their briefs until June 18, 2014.

Appellants' joint motion is GRANTED. Appellants must file their briefs with this court by June 18, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of June, 2014.

_____
Keith E. Hottle
Clerk of Court